# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMANDA JURGENS,**<br><br>Plaintiff,<br><br>v.<br><br>**VELOCITY INVESTMENTS LLC AND MANDARICH LAW GROUP, LLP,**<br><br>Defendants. | **Case No.:** 1:22-cv-00223-ADA-SKO<br><br>*HON. ANA DE ALBA*<br>*HON. MAG. SHEILA K. OBERTO*<br><br>**ORDER RE: STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>**(Doc. 29)** |

Pursuant to the parties' Stipulation (Doc. 29), and for good cause shown, the Court grants an extension to and including January 19, 2023, for the parties to file documents for dismissal and final resolution of this matter, or show cause why that has not been accomplished.

IT IS SO ORDERED.

Dated:   **December 20, 2022**            /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

---

**ORDER RE: STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**