UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JURGENS,<br><br>Plaintiff,<br><br>v.<br><br>VELOCITY INVESTMENTS, LLC, et al,<br><br>Defendants. | No.  1:22-cv-00223-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 31) |

On March 20, 2023, the parties filed a joint stipulation dismissing the action with prejudice.[1] (Doc. 31.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **March 21, 2023**                          /s/ *Sheila K. Oberto*               .
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation also provided that the Court "retain ancillary jurisdiction for enforcement of the Settlement Agreement between the Parties in its Order." (*See* Doc. 31 at 2.)  The Court in its discretion declines to adopt this portion of the stipulation.  *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381 (1994); *Camacho v. City of San Luis*, 359 F. App'x 794, 798 (9th Cir. 2009); *California Sportfishing Prot. All. v. Agric. Mgmt. & Prod. Co., Inc.*, No. 2:14-cv-02328-KJM-AC, 2016 WL 4796841, at *1 (E.D. Cal. Sept. 14, 2016) (noting that "the court in its discretion typically declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement.").